AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LOVE MILLER | ) Case No: 02-00125-001 |
| | ) USM No: 14669-097 |
| Date of Original Judgment: 4/18/2006 | ) |
| Date of Previous Amended Judgment: 6/3/2008 | ) Pro Se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

After taking into account the multiple substances involved, the total marijuana equivalency is 490.133 kilograms under the amendments to the guidelines occasioned by the Fair Sentencing Act of 2010.  This yields a base offense level of 28 and a total offense level of 27 which are the same levels as his last guideline calculation under the 2007 amendment. The defendant is therefore not entitled to a further reduction of his sentence.

Except as otherwise provided, all provisions of the judgment dated 6/3/2008 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 1/12/2012

/s/ Callie V. S. Granade
*Judge's signature*

Effective Date: _____
*(if different from order date)*

United States District Judge
*Printed name and title*